IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: VICKI LYNN HENDERSON  CASE NO: 4:15-bk-10020
CHAPTER 7

**ORDER**

On this day the Court finds and orders as follows:

1. The debtor filed a motion to proceed *in forma pauperis* on January 4, 2015.

2. This motion was settled without objection, and the scheduled hearing was not held.

3. For good cause shown, the debtor's motion is hereby granted.

IT IS SO ORDERED.

_____
UNITED STATES BANKRUPTCY JUDGE

Date: February 27, 2015

1

Entered On Docket: 02/27/2015